IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| Tyree Bell, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-CV-0695-DGK |
| | ) | |
| PETER NEUKIRCH, *et. al*, | ) | |
| | ) | |
| Defendants. | ) | |

### Defendants' Unopposed Motion to File Exhibits Under Seal

Defendants respectfully request that the Court grant Defendants' motion to file under seal exhibits DD, FF and GG to Defendants' Motion for Summary Judgment to be filed on September 26, 2018. These exhibits contain juvenile court records that should not be made public pursuant to the E-Government Act of 2002, as amended.

Counsel for the Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully requests that the Court grant Defendants leave to file exhibits under seal.

Respectfully submitted,

**JOSHUA D. HAWLEY**
Attorney General

*/s/ Diane Peters*
DIANE PETERS
Assistant Attorney General
Missouri Bar Number: 54784
Attorneys for Defendants
Missouri Attorney General's Office

1

615 E. 13th Street, Suite 401
Kansas City, Missouri 64106
Telephone: (816)889-5000
Fax: (816)889-5006
diane.peters@ago.mo.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2018, the foregoing was filed electronically via the Court's ECF system, and by way thereof, served upon the following:

Arthur A. Benson II #21107
Jamie Kathryn Lansford #31133
4006 Central Avenue
Kansas City, Missouri 64111
Phone: (816)531-6565
Fax:    (816)531-6688
abenson@bensonlaw.com
jlansford@bensonlaw.com

                                         */s/ Diane Peters*
                                         Assistant Attorney General