# AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF MISSOURI   )
                    ) ss
COUNTY OF JACKSON   )

The below-named person, being duly sworn upon oath states that he or she is the designated custodian of records for the Kansas City, Missouri Police Department Communications Unit. That the records attached hereto are kept under his or her supervision, care, custody and control, that the records are maintained in the ordinary course of business of the Communications Unit of the Kansas City, Missouri Police Department, that the matters recorded therein were recorded at or near the time of the events described therein. The attached CD concerning **CRN 16040789** is the original or exact duplicates of the original 911 calls and/or radio traffic CD(s) and **3 page(s)** of CAD logs are attached. Please note that this recording redacts information pertaining to other cases, juvenile information, social security numbers, criminal history information and/or other information exempt from disclosure by law.

Further, affiant states not.

_____
(Signature of Records Custodian)

The foregoing affidavit was subscribed and sworn to before me this ____ day of October, 2016.

_____
(Notary Public)

My Commission Expires:

DAWN DETERDING
Notary Public - Notary Seal
STATE OF MISSOURI
Clay County
My Commission Expires April 24, 2019
Commission # 15176689

Exhibit A
(911 Call)

# Detailed History for Police FP# #161601997 As of 11/30/2017 10:21:23

Priority:12 Type:1601W - SUSPICIOUS PERS - WEAPON
Location:9112 MARSH AVE,KC
LocCross:btwn E 91 TER and E 92 ST

| Created: | 06/08/2016 16:07:50 | PC05 | P17221 |
| --- | --- | --- | --- |
| Entered: | 06/08/2016 16:09:33 | PC05 | P17221 |
| Dispatch: | 06/08/2016 16:10:21 | PD14 | P16483 |
| Enroute: | 06/08/2016 16:10:43 | PD14 | P16483 |
| Onscene: | 06/08/2016 16:17:42 | PD13 | P17081 |
| Control: | 06/08/2016 16:24:35 | PD13 | P17081 |
| Closed: | 06/08/2016 23:20:46 | PD13 | P17116 |

PrimeUnit:563 Dispo:REPT Type:1601W - SUSPICIOUS PERS - WEAPON
Name:MALE Phone:816/372-0641 RPaddr:
Contact:Third Party Weapon:Gun RespCode:Code 1
Agency:KCPD Group:SPD District:542 Area:PJ6452
Case #:PD160040789  ☑ Detail

---

| Time | Event | Unit | Details |
| --- | --- | --- | --- |
| 16:07:50 | CREATE | P17221/PC05 | Location:9112 MARSH AVE,KC Type:1601W Name:MALE Phone:816/372-0641 Group:SPD Area:PJ6452 TypeDesc:SUSPICIOUS PERS - WEAPON LocCross:btwn E 91 TER and E 92 ST Priority:12 Response:2PO Agency:KCPD Map:5539 LocType:S Contact:Third Party Weapon:Gun RespCode:Code 1 |
| 16:07:50 | ALI | | E911Phne:816/911-3240 E911Add:8500 E BANNISTER RD - NE A,KC E911Srce:WRLS |
| 16:08:00 | ALI | | E911Phne:816/911-3240 E911Add:8500 E BANNISTER RD - NE A,KC E911Srce:WPH2 |
| 16:09:33 | ENTRY | | Comment:#1 BM DREADS WHI SHIRT, BLU JEANS WITH GUN. #2 BM BLK SHIRT WITH GUN AND 2 UF STANDING NEXT TO THEM. CLR BELIEVES THEY ARE ALL TEENAGERS. |
| 16:09:33 | -PREMIS | | Comment:(none) |
| 16:09:45 | SELECT | P16483/PD14 | |
| 16:09:49 | NOMORE | P17221/PC05 | |
| 16:10:21 | DISP | P16483/PD14 | 563 Operator:P05561 P05377 OperNames:NEUKIRCH,PETER M MUNYAN,JONATHAN R |
| 16:10:21 | -PRIU | | 563 |
| 16:10:43 | ENRTE | | 563 |
| 16:17:42 | ONSCN | P17081/PD13 | 563 |
| 16:18:07 | HLDAIR | | 563 |
| 16:18:23 | MISCN | | 563 Comment:SB |
| 16:18:28 | MISCN | | 563 Comment:PARTY RUNNING BM ALL BLK |
| 16:18:33 | BACKUP | | 560 UnitID:563 Operator:P04763 OperNames:ORTIZ,LUIS E |
| 16:18:37 | MISCN | | 563 Comment:2 IN CUST |
| 16:18:43 | MISCN | | 563 Comment:SB JAMES A BM DREADDS BLUE SHORTS |
| 16:18:48 | MISCN | | 563 Comment:ARMED WITH GUN |
| 16:18:57 | MISCN | | 563 Comment:WB 92 TER |
| 16:19:24 | BACKUP | | 538 UnitID:563 Operator:P05636 OperNames:VIESSELMAN,CHRISTOPHER J |
| 16:20:02 | MISCN | | 563 Comment:92 TER/JAMES A WB, LOST SIGHT, JUV BM 17 - 18 YOA 5 10 |

```
                              SKINNY WHT T SHIRT BLUE SHORTS TOOK SHOES OFF
16:20:13  BACKUP              530 UnitID:563 Operator:P04961 OperNames:MORAN,JASON Q
16:20:20  MISCN               563 Comment:TOSSED ONE GUN IN BACKYARD
16:20:37  MISCN               538 Comment:CHECKING ON 690
16:20:46  MISCN               563 Comment:K9 REQ
16:20:54  CHGLOC              563 Location:E 92 TER / JAMES A REED RD,KC
16:21:09  BACKUP              750 UnitID:563 Location:E 92 TER / JAMES A REED RD,KC Operator:P04391
                              OperNames:BRUNGARDT,JASON J
16:21:09  BACKUP              706 UnitID:563 Location:E 92 TER / JAMES A REED RD,KC Operator:P04046
                              OperNames:BROWN,WILLIAM D
16:21:38  MISCN               563 Comment:LOST SIGHT ON 92 TER, JW OF JAMES A UP TO BANNISTER TO 93
                              FOR PERIMETER
16:21:57  BACKUP              540 UnitID:563 Location:E 93 ST / MANCHESTER AVE,KC Operator:P05416
                              OperNames:MORACZEWSKI,CHASE L
16:22:20  BACKUP              542 UnitID:538 Operator:P05699 OperNames:JANES,JONATHAN R
16:22:25  CHGLOC              538 Location:E 91 ST / MANCHESTER AVE,KC
16:23:13  BACKUP              756 UnitID:563 Location:E 92 TER / JAMES A REED RD,KC Operator:P03353
                              OperNames:EDWARDS,DAVID B
16:23:22  ONSCN               542         [handwritten: 93rd Terr]
16:23:32  CHGLOC              542 Location:E 92 ST / MANCHESTER AVE,KC
16:23:55  CHGLOC  P16483/PD14 540 Location:E 92 ST / MANCHESTER AVE,KC
16:23:57  CHGLOC  P17081/PD13 540 Location:E 92 TER / MANCHESTER AVE,KC
16:24:35  OK                  563 Comment:690 FROM PAD
16:27:03  MISCN               538 Comment:YOUNGER BM BRAIDS AT 87/BLUE RIDGE WHT SHIRT BLK/WHT
                              SHORTS
16:27:25  CHGLOC              538 Location:E 87 ST / BLUE RIDGE BLVD,KC Comment:BM BRAIDS WHT SHIRT
                              BLK/WHT SHORTS
16:27:45  MISCN   P16483/PD14 530 Comment:HAVE TOSSED HIGH POINT .45
16:27:57  CHGLOC              530 Location:9109 JAMES A REED RD,KC
16:29:41  BACKUP  P17081/PD13 753 UnitID:563 Location:E 92 TER / JAMES A REED RD,KC Operator:P04774
                              OperNames:FERBER,DAVID V
16:29:47  MISCN               753 Comment:DOG DEPLOYED
16:30:04  MISCN               538 Comment:BELL, TYREE, D, BM, 07232000
16:31:44  BACKUP              690 UnitID:530 Location:9109 JAMES A REED RD,KC
16:33:40  MISCN   P16483/PD14 563 Comment:ADAMS CHARLIE BM 12 29 2000
16:33:54  MISCN   P17081/PD13 563 Comment:WESTBROOKS, DELLQUAN, BM, 07281999
16:35:08  MISCN               530 Comment:4139450 45 CAL HIGHPOINT
16:38:55  BACKER  P16483/PD14 (546) UnitID:563 Location:E 92 TER / JAMES A REED RD,KC Operator:P05625
                              OperNames:LAWRENCE,ANDREW J
16:39:33  CHGLOC  P17081/PD13 563 Location:E 87 ST / BLUE RIDGE BLVD,KC Comment:JE
16:40:04  BACKUP              561 UnitID:563 Location:E 87 ST / BLUE RIDGE BLVD,KC Operator:P04068
                              OperNames:ADAMS,CORBY J
16:41:21  MISCN               563 Comment:PARTY LOC
16:41:38  BACKUP              563A UnitID:563 Location:E 87 ST / BLUE RIDGE BLVD,KC
16:41:49  CHGLOC              563A
16:41:58  CHGLOC              561
16:43:21  *CLEAR  P05625/M163 546 Dispo:HBO
16:44:22  CHGLOC  P17081/PD13 530 Location:E 91 TER / JAMES A REED RD,KC
```

```
16:44:36 *CLEAR  P05699/M248 542 Dispo:HBO
16:45:07 *CLEAR  P05416/M244 540 Dispo:HBO
17:01:27  SCDOFF P16947/PD11 750
17:01:36  CLEAR              750 Dispo:HBO
17:01:39  SCDOFF             706
17:01:41  CLEAR              706
17:11:54  CASE   P17081/PD13 563 Case#:PD160040789 Comment:CCW
17:13:38  CLEAR              560
17:28:25 *CLEAR  P04961/M222 530 Dispo:HBO
17:32:00 *ONSCN  P05636/M295 538
17:32:03 *CLEAR              538 Dispo:REPT Comment:PROGRESSIVE TO 563
17:33:39  CHGLOC P16483/PD14 563 Location:JACKSON COUNTY JUVENILE COURT,KC
17:37:24 *CLEAR  P04068/M013 561 Dispo:HBO
18:00:59  SCDOFF P16947/PD11 756
18:01:13  CLEAR  P16483/PD14 756
18:21:54  CLEAR  P17081/PD13 690 753
18:22:03  SCDOFF             563A
18:22:04  CLEAR              563A
19:57:04  CHGLOC P16483/PD14 563 Location:SOUTH PATROL DIVISION,KC
23:20:40  SCDOFF P17116/PD13 563
23:20:46  CLEAR              563
23:20:46 -CLEAR
23:20:46  CLOSE
```