IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| TYREE BELL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-CV-0695 |
| | ) | |
| PETER NEUKIRCH, *et. al*, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF DENISE WYMORE

1. I, Denise Wymore, am a paralegal employed by the Missouri Attorney General's Office, and have been so employed, since April 16, 2018.

2. I frequently work with Diane Peters, who is an assistant attorney general at the Missouri Attorney General's Office and is counsel for the Defendants in the above-entitled case.

3. On September 12, 2018, I created a transcript of the 911 call in this case at the request of Diane Peters.

4. A certified copy of the audio recording of the 911 call is marked, Exhibit A.

5. I created a transcript for the purpose of aiding the Court and the parties.

6. I was not present when this 911 call was made.

7. I do not recognize the voices speaking on this 911 call.

8. I created a transcript by listening carefully to a certified copy of the audio recording of the 911 call, which is marked, Exhibit A, several times. I certify that the following is an accurate depiction of what I heard on Exhibit A:

1

**Exhibit B
(911 Call
Transcript)**

*911. Call taker 31.*

*(inaudible). There's a couple of kids up here on 9, 9, 91, 9112 Marsh on the corner. That's my address. But they got guns. And there's four or five little teenager girls, like 18, 17. And if the police pull up, the guy with the white t-shirt on and jeans, he got this gun in his pocket. (inaudible).*

*Okay. And you say they're at 9112 Marsh?*

*Yeah. 9112 Marsh. (inaudible). They right there on the corner. (inaudible) When they come down on James A Reed and 91st Terrace, you're gonna get 'em on the corner. He got dreads and a white t-shirt on. The other one got...*

*Is he a Black male or a white male?*

*Yah. No, Black male. Both of them Black males.*

*Okay. And both of them have guns?*

*Yah. Yah. Just pull up on them right now because they're out here playing with them.*

*And what's the other one. Second male. You say he's got a gun as well?*

*Yah. He's got on a black t-shirt. But they both together. And they got like four teenage girls. They gonna mess around and somebody's gonna get hurt with these guns. They're up here just pulling them out. Hugging these girls, playing with them. They need to get these guns from them before somebody gets hurt, and I mean that.*

*Okay. Absolutely. And then do you want to leave your name or phone number at all today?*

*This is my number here that I just called you on.*

*Alrighty. We'll go ahead and put a call out and get somebody out there and check it out.*

*Alright.*

*Alrighty. Bye-bye.*

*Yah.*

Further affiant saith not.

_____
Denise Wymore

9-12-18
_____
DATE

I do solemnly affirm under the penalty of perjury that Denise Wymore, personally known to me, has executed the within Affidavit in my presence and has acknowledged to me that she executed the same for the purpose therein stated and requested that I sign my name on the within document as an executing witness.

Subscribed and Sworn to before me on _September 12_____, 2018.

_____
Notary Public

My commission expires:

```
LINDA WHITE
Notary Public - Notary Seal
State of Missouri
Commissioned for Jackson County
My Commission Expires: April 28, 2019
Commission Number: 15380284
```