## AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF MISSOURI ) 
) ss 
COUNTY OF JACKSON )

The below-named person, being duly sworn upon oath states that he or she is the designated custodian of records for the Kansas City, Missouri Police Department Communications Unit. That the records attached hereto are kept under his or her supervision, care, custody and control, that the records are maintained in the ordinary course of business of the Communications Unit of the Kansas City, Missouri Police Department, that the matters recorded therein were recorded at or near the time of the events described therein. The attached CD concerning **CRN 16040789** is the original or exact duplicates of the original 911 calls and/or radio traffic CD(s) and **3 page(s)** of CAD logs are attached. Please note that this recording redacts information pertaining to other cases, juvenile information, social security numbers, criminal history information and/or other information exempt from disclosure by law.

Further, affiant states not.

_Andrea Khan_
(Signature of Records Custodian)

The foregoing affidavit was subscribed and sworn to before me this 4 day of October, 2016.

_Dawn Deterding_
(Notary Public)

My Commission Expires:

DAWN DETERDING
Notary Public - Notary Seal
STATE OF MISSOURI
Clay County
My Commission Expires April 24, 2019
Commission # 15176689

Exhibit C
(Dispatch Radio)