Exhibit U

Officer Corby Adams' patrol car video