Exhibit Z, Officer Christopher Viesselman's patrol car video to be delivered to Court

Exhibit Z

Officer Viesselman's patrol car video