IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| TYREE BELL, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 4:17-cv-695-DGK |
|  | ) |  |
| OFFICER PETER NEUKIRCH, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**JOINT MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

Plaintiff Tyree Bell and Defendants Neukirch, Munyan, Ortiz, Mattivi, Smith and the Members of the Kansas City Board of Police Commissioners respectfully request leave to file Plaintiff's Exhibits 9, and 12 to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment under seal and to retroactively designate Defendants' Exhibits U and Z as filed under seal.

Plaintiff's Exhibits 9 and 12 and Defendants' Exhibits U and Z are video files which are not encompassed by the specific terms of the Court's Protective Order[1] in this cause. However, they contain video and audio which could compromise the safety of current police officers and their effectiveness in their assigned roles. Counsel for Plaintiff and Defendants conferred over the weekend and agree that for those reasons these exhibits are appropriately filed under seal.

Defendants' Exhibits U and Z have already been filed with the clerk on a DVD.

---

[1] Doc. 11, November 14, 2017.

Plaintiff's Exhibits 9 and 12 have also been copied onto a DVD and it is anticipated that they will be filed conventionally and maintained in the case file in the Clerk's office with a second copy provided for chambers.

Respectfully submitted,

LAW OFFICE OF ARTHUR BENSON II


By  s/ Jamie Kathryn Lansford
Arthur A. Benson II #21107
Jamie Kathryn Lansford #31133
4006 Central Avenue
Kansas City, Missouri 64111
(816) 531-6565
abenson@bensonlaw.com
jlansford@bensonlaw.com

Attorneys for Plaintiff Tyree Bell

and

JOSHUA D. HAWLEY
ATTORNEY GENERAL OF MISSOURI


By  s/ Diane Peters
Diane Peters   #54784
Nicolas Taulbee  # 61065
Assistant Attorneys General
615 East 13th Street, Suite 401
Kansas City, Missouri  64106
(816) 838-2285
(816) 889-5006 (telefacsimile)
Diane.Peters@ago.mo.gov
Nicolas.Taulbee@ago.mo.gov

Attorney for Defendants