PLAINTIFF'S EXHIBIT 9
Second Moran Video