

EXHIBIT 10

Case 4:17-cv-00695-DGK   Document 71-10   Filed 11/19/18   Page 1 of 1