# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **TYREE BELL,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 4:17-cv-00695-DGK |
| **OFFICER PETER NEUKIRCH, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

On the Court's own motion, this case is referred to Magistrate Judge Willie Epps for a settlement conference.

        /s/ Greg Kays
       GREG KAYS, JUDGE
       UNITED STATES DISTRICT COURT

Date: February 3, 2022